In the Matter of the Estate of ELLA F. BUNTING, Deceased. GERARDINE H. HICKOK, Appellant ; ELIZABETH M. BUNTING, as Executrix, Respondent.

*Matter of Bunting*, 98 App. Div. 122, 623, appeal dismissed.
(Argued June 16, 1905; decided October 17, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made November 11, 1904, which affirmed a decree of the New York County Surrogate's Court finally settling the accounts of Elizabeth M. Bunting as executrix of Ella F. Bunting, deceased, and dismissing the objections thereto.

*Edward L. Blackman* and *Alfred B. Cruikshank* for appellant.

*Herbert Parsons* for respondent.

Appeal dismissed, without costs; no opinion.

Concur: CULLEN, Ch. J., BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: GRAY and O'BRIEN, JJ.